' AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**
**U. S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Arkansas

AUG **2 1** 2019

**JAMES W. McCORMACK, CLERK**
By:_____
                                   DEP CLERK

_Kartina Adams_____
  _Plaintiff/Petitioner_                )
                                        )
                               v.       )   Civil Action No. _4:19-cv-588-KGB_
_Cottage Care_____                  )
  _Defendant/Respondent_                )
                                        )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:

My gross pay or wages are: _$684.73_ , and my take-home pay or wages are: $ _$10.56_ per
(_specify pay period_) _hr_ .

3. _Other Income._ In the past 12 months, I have received income from the following sources (_check all that apply_):

(a) Business, profession, or other self-employment     ☐ Yes     ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes     ☐ No
(c) Pension, annuity, or life insurance payments       ☐ Yes     ☐ No
(d) Disability, or worker's compensation payments      ☐ Yes     ☐ No
(e) Gifts, or inheritances                             ☐ Yes     ☐ No
(f) Any other sources                                  ☑ Yes     ☐ No

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

Part time position $500

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____.

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Home
Automobile

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Utilities light water gas, insurance home, car, loan payments

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Son, daughter
grandkids
Husband

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Yes owe for credit cards ~~cost~~ laid off from Cottage Care in april got me in dept

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 8/21/19

Kartika Adams
*Applicant's signature*

Kartika Adams
*Printed name*