THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KARTIKA ADAMS**                                                                                          **PLAINTIFF**

v.                                    **Case No. 4:19-cv-00588-KGB**

**COTTAGE CARE**                                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that defendant Cottage Care's motion for summary judgment is granted (Dkt. No. 20). The Court enters Judgment in favor of Cottage Care and denies the relief requested by plaintiff Kartika Adams.

It is so adjudged this 12th day of September, 2022.

_____
Kristine G. Baker
United States District Judge